FILED

04/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0001

STATE OF MONTANA,

Plaintiff,

v.                                                                    O R D E R

KERRY SAMUEL JOHNSON,

Defendant.

Defendant Kerry Samuel Johnson, via counsel, has filed a Declaration of Jack Morris to Disqualify District Judge Luke Berger which requests the disqualification of the Honorable Luke M. Berger from presiding in Cause No. DC-2021-4024 in the Fifth Judicial District Court, Beaverhead County, pursuant to § 3-1-805, MCA.

It has come to this Court's attention that Judge Berger has recused himself from this case.

IT IS THEREFORE ORDERED that the motion to disqualify District Judge Luke M. Berger from Beaverhead County Cause No. DC-2021-4024 is DENIED as MOOT.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Beaverhead County for notification to all parties of record in Cause No. DC-2021-4024, and to the Honorable Luke M. Berger.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 4 2022